UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>DEBRA LEV, Judge, Bellingham Municipal Court; et al.,<br><br>   Defendants - Appellees. | No. 24-3729<br><br>D.C. No. 2:21-cv-01149-LK<br>Western District of Washington, Seattle<br><br>ORDER |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

After considering the response to the court's July 19, 2024 order, we deny the motion to proceed in forma pauperis (Docket Entry No. 7) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**